## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARGARET LORSBACH, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-CV-18-SMY-DGW |
| PIONEER RESTAURANTS, L.L.C., et al. | ) ) ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that pursuant to the Memorandum and Order dated February 28, 2018 (Doc. 48), Defendants Pioneer Restaurants, L.L.C. and Hardee's Restaurants, L.L.C. are **DISMISSED with prejudice**. Plaintiff shall recover nothing, and this action is **DISMISSED in its entirety.**

DATED: February 28, 2018

JUSTINE FLANAGAN, Acting Clerk

By: s/ Stacie Hurst
  Deputy Clerk

APPROVED: s/ Staci M. Yandle
  **STACI M. YANDLE**
  **United States District Judge**